IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                    NO. 4:20-CR-00288 DPM

MUJERA BENJAMIN LUNGAHO

### ORDER MODIFYING CONDITIONS OF RELEASE

A pretrial bond revocation hearing was held this date with regard to the United States' Petition for Summons for Person Under Pretrial Supervision (originally Doc. No. 27, renumbered as Doc. No. 51).  A superseding motion to revoke was filed this date, but because counsel for defendant Lungaho did not have an opportunity to review it, the Court did not consider it.  The United States withdrew its allegation that Lungaho was unsuccessfully discharged from Recovery Centers of Arkansas.  Following witness testimony and argument of counsel, the Court finds that Lungaho otherwise violated his conditions of release as alleged, and that his conditions of release should be modified as follows.

The Court orders removal of virtual monitoring as a condition of release, and instead orders home detention with location monitoring by ankle monitor.  Lungaho seeks to include speaking engagements as activities he may be authorized to participate in while on home detention.  The Court orders Lungaho

to advise his pretrial services officer of the substance and location of any speaking engagement, and orders that Lungaho may participate in such activities only if approved in advance by his pretrial services officer. Additionally, the Court orders Lungaho to participate in mental health counseling and treatment. All other conditions of release not affected by this order remain.

    IT IS SO ORDERED this 10th day of February, 2021.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE