PS 8
(Rev. 5/2020)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 1 2021

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

U.S.A. vs. Brittany Dawn Jeffrey                Docket No. 0860 4:20CR00288-002 DPM

**Petition for Summons for Person Under Pretrial Supervision**

    COMES NOW Kelley M. Autry, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Brittany Dawn Jeffrey, who was placed under pretrial release supervision by the Honorable Joe J. Volpe sitting in the Court at Little Rock, Arkansas, on December 17, 2020, under the following conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)    The defendant must sign an Appearance Bond, if ordered.

(7)    The defendant must:
(a) submit to supervision and report for supervision to the U.S. Probation Office.
(b) continue or actively seek employment.
(c) continue or start an education program.
(d) surrender any passport to: The United States Probation Office.
(e) not obtain a passport or other international travel document.
(g) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including: No contact with Co-defendants.
(k) not possess a firearm, destructive device, or other weapon.
(l) not use alcohol excessively.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.
(s) maintain regular contact with his/her attorney, not less than every two weeks.

Jury trial is set for September 27, 2021, before the Honorable D.P. Marshall, Jr., Chief U.S. District Judge.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Description of apparent violations:** On May 25, 2021, the defendant submitted a urine specimen which tested and confirmed positive for marijuana and dilute. During a conversation with her officer on June 14, 2021, the defendant admitted she may have used marijuana between the dates of April 1, 2021, to May 25, 2021, but refused to either admit or deny use due to her inability to recall. Furthermore, the defendant advised she was not agreeable to participating in substance abuse treatment, as the defendant stated she is not abusing drugs.

**Description of prior violations:** The following violations were previously reported to the court:

On December 28, 2020, the defendant submitted a urine specimen which tested and confirmed positive for marijuana. Furthermore, on January 14, 2021, the defendant admitted she reused marijuana on or about December 20, 2020.

On February 3, 2021, the defendant submitted a urine specimen which tested diluted and confirmed positive for marijuana.

On March 29 and April 1, 2021, the defendant submitted a urine specimen which tested and confirmed positive for marijuana. Furthermore, the defendant admitted to the Probation Office on April 7, 2021, that she had been using synthetic marijuana (CBD Flower) for approximately two weeks. An interpretation of results performed by Alere Laboratories was unable to distinguish the presence of THC found in the defendant's urine samples to be from CBD products or marijuana use.

**Actions taken to bring the defendant into compliance were as follows:** The defendant was provided verbal and written instructions to her pretrial release conditions. The pretrial office has afforded the defendant the opportunity to participate in substance abuse treatment. The defendant was enrolled in the highest phase of Code-a-phone testing to monitor drug use. In past conversations with the pretrial office, the defendant expressed her drug use is a self-medication for past traumas. The pretrial office has encouraged the defendant to speak with counsel to modify conditions for mental health treatment so that the U.S. Probation Office can assist with payment and facilitating mental health services with contracted clinicians. The defendant denied services through the probation office and elected to receive treatment from an outside vendor on her own.

**Defendant's compliance with release conditions:** A record check revealed no new arrests.

**OFFICER'S RECOMMENDATION:**

It is respectfully requested that a summons be issued, and the defendant appear for a show-cause hearing to determine if bond should be revoked.

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** | The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion. |
| *[signature]* | *[signature]* |
| Kelley M. Autry<br>U.S. Probation Officer | Stacy R. Williams<br>Assistant U.S. Attorney |
| Executed on   June 15, 2021 | Executed on   6-18-21 |

Approved by:

*[signature]*

Supervising U.S. Probation Officer

c:   The Honorable D.P. Marshall, Jr., Chief U.S. District Judge
     The Honorable Joe J. Volpe, U.S. Magistrate Judge