UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20-CR-00288-DPM |
| | ) | |
| ALINE ESPINOSA-VILLEGAS | ) | DEFENDANT |

**MOTION TO MODIFY**
**CONDITIONS OF PRETRIAL RELEASE**

Comes the Defendant, Aline Espinosa-Villegas, by and through her attorney, David W. Parker, and for her Motion to Modify Conditions of Pretrial Release, states as follows:

1. A bond hearing was held on the Defendant on January 20, 2021. At that hearing, Defendant was released, subject to the conditions stated in the Order Setting Conditions of Release filed on the same date as Document 24. Since that time, Defendant resides in Little Rock, Arkansas, and remains compliant with the conditions.

2. Among other conditions, Defendant is ordered to have no contact with the co-defendants in this case. Document 24, Paragraph 7(g).

3. Prior to indictment, Ms. Espinosa-Villegas was involved in a relationship with co-defendants Goddard and Nowlin and the three have been close for many years.

4. Defendant moves the court to remove the condition of not contacting co-defendants from the conditions of her pretrial release, specifically as it relates to co-defendants, Ms. Goddard and Ms. Nowlin.

5. Since Defendant's last hearing in this Court on September 23, 2021, there have been no violations or other issues regarding her supervised release.

6. Counsel has spoken with AUSA Stacy Williams and is authorized to state that she does not object to this Motion.

7. Defendant understands that all remaining conditions of her release remain in effect.

8. Defendant is set for a sentencing hearing in this case on July 8, 2022.

WHEREFORE, Defendant respectfully requests this Court grant Defendant's Motion to Modify Conditions of Pretrial Release to remove the condition of no contact with co-defendants for the remainder of her pretrial release or until further orders of this Court; and to all other relief to which she is entitled.

Respectfully submitted,

By: David W. Parker
AR Bar Number 2009216
313 West Second Street
Little Rock, AR 72201
(501) 375-9901
E-mail: dparker@dkrfirm.com
*Attorney for Aline Espinosa-Villegas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Ms. Stacy Williams,
Assistant United States Attorney

David W. Parker
AR Bar Number 2009216
313 West Second Street
Little Rock, AR 72201
(501) 375-9901
E-mail: dparker@dkrfirm.com
Attorney for Aline Espinosa-Villegas