IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20CR00288-04-DPM |
| | ) | |
| ALINE A. ESPINOSA-VILLEGAS | ) | |
|    a/k/a JETTE WOLFE ESPONSA- | ) | |
|    VILLAGAS | ) | |

**JOINT SENTENCING REPORT**

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and John Ray White, Assistant United States Attorney, and Defendant, ALINE ESPINOSA-VILLEGAS, by and through David W. Parker, and in response to the Court's Sentencing Scheduling Order state:

The parties anticipate the defendant will call one witness to speak on the defendant's behalf, which should take no more than ten minutes; the parties expect the hearing should last no more than 45 minutes; and, the United States anticipates it will ask the Court to award the third point for acceptance of responsibility pursuant to United States Sentencing Guidelines.

Respectfully Submitted,

| | |
|---|---|
| JONATHAN D. ROSS | ALINE ESPINOSA-VILLEGAS, |
| United States Attorney | Defendant |
| | |
| John Ray White | David W. Parker |
| AR Bar Number 91003 | AR Bar No. 2009216 |
| Assistant U.S. Attorney | 313 West Second Street |
| P. O. Box 1229 | Little Rock, Arkansas 72201 |
| Little Rock, AR   72203 | Telephone: (501) 375-9901 |
| Telephone: (501) 340-2600 | Facsimile: (501) 376-0387 |
| E-mail: john.white2@usdoj.gov | Email: dparker@dkrfirm.com |