IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20CR00288-DPM-05 |
| | ) | |
| RENEA GODDARD | ) | |

**JOINT SENTENCING REPORT**

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and John Ray White, Assistant United States Attorney, and Defendant RENEA GODDARD, and in response to the Court's Sentencing Scheduling Order state:

The parties do not anticipate calling witnesses; the parties expect the hearing should last no more than 45 minutes; and, the United States anticipates it will ask the Court to award the third point for acceptance of responsibility pursuant to United States Sentencing Guidelines.

    Respectfully Submitted,

    JONATHAN D. ROSS
    United States Attorney

    John Ray White
    AR Bar Number 91003
    Assistant U.S. Attorney
    P. O. Box 1229
    Little Rock, AR   72203
    Telephone:   501-340-2600
    E-mail: john.white2@usdoj.gov