IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | No. 4:20CR00288-DPM-03 |
| ) | |
| EMILY NOWLIN            ) | |

**JOINT SENTENCING REPORT**

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and John Ray White, Assistant United States Attorney, and Defendant EMILY NOWLIN, and in response to the Court's Sentencing Scheduling Order state:

The parties anticipate the defendant will allocute but do not anticipate other witnesses; the parties expect the hearing should last no more than 45 minutes; and, the United States anticipates it will ask the Court to award the third point for acceptance of responsibility pursuant to United States Sentencing Guidelines.

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

John Ray White
AR Bar Number 91003
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail: john.white2@usdoj.gov